**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**STEVEN TRAVIS**                                                                                           **PLAINTIFF**
**ADC #662134**

**V.**                              **CASE NO. 2:20-CV-00067-BSM-BD**

**PATRICIA SNYDER,** *et al.*                                                                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 13] is adopted. Steven Travis's claims against the Arkansas County Detention Center are dismissed with prejudice.

IT IS SO ORDERED, this 15th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE