**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**STEVEN TRAVIS**                                                                         **PLAINTIFF**
**ADC # 662134**

**V.**                 **CASE NO. 2:20-CV-67-BSM-BD**

**PATRICIA SNYDER,** *et al*.                                            **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**     **Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Brian S. Miller. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.**     **Discussion**

Mr. Travis was an inmate at the Arkansas County Detention Center when he filed this civil rights lawsuit on March 30, 2020, without the help of a lawyer. (Doc. No. 2) On October 19, 2020, mail sent to Mr. Travis from the Court was returned to the Court as "undeliverable." (Doc. No. 22) Local rules require pro se plaintiffs, including Mr. Travis,

to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

On October 20, the Court ordered Mr. Travis to notify the Court of his new address within 30 days or risk dismissal of his complaint. (Doc. No. 23) To date, Mr. Travis has not responded to the Court's October 20 Order and the time to do so has passed.

### III.   Conclusion

The Court recommends that Mr. Travis's claims be DISMISSED, without prejudice, based on his failure to comply with the October 20 Order (Doc. No. 23) and his failure to prosecute this lawsuit.

DATED this 30th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE