IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STEVEN TRAVIS                                                                                            PLAINTIFF
ADC #662134

v.                                          CASE NO. 2:20-CV-00067-BSM

PATRICIA SNYDER, *et al.*                                                                    DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 24] is adopted. Steven Travis failed to comply with the October 20, 2020 order [Doc. No. 23] directing him to file a notice of his current mailing address within thirty days, and the time to do so has expired. Travis's mail is still being returned undelivered, with no forwarding address. *See* Doc. Nos. 22 and 25. Therefore, this suit is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED, this 21st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE