IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVEN TRAVIS** **PLAINTIFF**
**ADC #662134**

v. CASE NO. 2:20-CV-00067-BSM

**PATRICIA SNYDER,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 21st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE